DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICARDO M. DIROGENE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1246

[August 19, 2021]

Appeal of order denying rule 3.800(a) motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura Johnson, Judge; L.T. Case No. 502013CF011118AXXXMB.

Ricardo M. Dirogene, Moore Haven, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., LEVINE and ARTAU, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***